FILED
2020 MAR -2 PM 12:19
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR 20 - 00058 JGB |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. § 1519: Alteration, Destruction, and Mutilation of Records] |
| RAFIA SULTANA SHAREEF, aka "Rafia Farook," | |
| Defendant. | |

The Attorney for the United States charges:

[18 U.S.C. § 1519]

On or about December 2, 2015, in San Bernardino County, within the Central District of California, defendant RAFIA SULTANA SHAREEF, also known as "Rafia Farook," knowingly altered, destroyed, and mutilated a document, namely, a handwritten "map" drafted by Syed Rizwan Farook and Tashfeen Malik, two perpetrators of the December 2, 2015 terrorist attack at the Inland Regional Center in San Bernardino, California, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter

within the jurisdiction of the United States Department of Justice, and in relation to and in contemplation of any such matter.

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515

*[signature]*

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

MELANIE SARTORIS
Assistant United States Attorney
Deputy Chief, General Crimes Section

JULIUS J. NAM
Assistant United States Attorney
Criminal Appeals Section