ORIGINAL
FILED

2020 MAR -2 PM 12: 20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>               PLAINTIFF<br><br>v.<br><br>RAFIA SULTANA SHAREEF,<br><br>               DEFENDANT | CASE NUMBER<br><br>ED CR 20 - 00058 JGB<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Enrique Marquez, Jr.</u>, Case No. ED CR 15-93-JGB, and <u>United States v. Mariya Chernykh, et al.</u>, Case No. ED CR 16-292-JGB, which:

__X__   were previously assigned to the Honorable Jesus G. Bernal;

_____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

__X__   the cases arise out of the same conspiracy, or common scheme, transaction, series of transactions, events, or series of events;

_____   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: March 2, 2020

_____
JULIUS J. NAM
Assistant United States Attorney