

CHARLES DAVIDSON SWIFT
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081

FILED
CLERK, U.S. DISTRICT COURT
MAR - 5 2020
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s), v. | ED CR 20 - 00058 |
| RAFIA SULTANA SHAREEF Defendant(s). | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

CHARLES DAVIDSON SWIFT
*Applicant's Name (Last Name, First Name & Middle Initial)*

972-914-2507          972-692-7454
*Telephone Number*      *Fax Number*

CSWIFT@CLCMA.ORG
*E-Mail Address*

of Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX 75081
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

RAFIA SULTANA SHAREEF

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

_____
*Designee's Name (Last Name, First Name & Middle Initial)*

_____   _____   _____
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

_____
*E-Mail Address*

of _____
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☒ be refunded  ☐ not be refunded.

**Fee Waived**

Dated: March 5, 2020

_____
U.S. District Judge/~~U.S. Magistrate Judge~~