TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Deputy Chief, General Crimes Section
JULIUS J. NAM (California Bar No. 288961)
Assistant United States Attorney
Criminal Appeals Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:   (213) 894-5429/5615/8692
    Facsimile:   (213) 894-2927
    E-mail:      christopher.grigg@usdoj.gov
                     melanie.sartoris@usdoj.gov
                     julius.nam@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 20-00058-JGB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | **SENTENCING DATE: June 15, 2020** |
| RAFIA SULTANA SHAREEF, aka "Rafia Farook," | **[PROPOSED] SENTENCING DATE: November 16, 2020** |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, and defendant RAFIA SULTANA SHAREEF, aka "Rafia Farook," ("defendant"), by and through her counsel of record, hereby stipulate as follows:

    1.   The Information in this case was filed on March 2, 2020.

2.  On March 16, 2020, defendant pled guilty pursuant to a written plea agreement with the government to alteration, destruction, and mutilation of records in violation of Title 18, United States Code, Section 1519.  The Court set defendant's sentencing for June 15, 2020.  Defendant is out of custody on bond pending sentencing.

3.  By this stipulation, the parties respectfully request to continue the sentencing hearing from June 15, 2020, to November 16, 2020, at 2:00 p.m.

4.  The parties request the continuance to permit additional time to complete cooperation as specified in the plea agreement. (Dkt. 10.)

IT IS SO STIPULATED.

Dated: June 3, 2020                     Respectfully submitted,

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

*/s/ Julius J. Nam*
CHRISTOPHER D. GRIGG
MELANIE SARTORIS
JULIUS J. NAM
Assistant United States Attorneys
Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: June 3, 2020                     */s/ Charles Swift (w/authorization)*
CHARLES SWIFT
Attorney for Defendant
RAFIA SULTANA SHAREEF

**CERTIFICATE OF SERVICE**

I, Stephanie Ascencio, declare:

That I am a citizen of the United States and a resident of or employed in Riverside County, California; that my business address is the Office of United States Attorney, 3403 Tenth Street, Suite 200, Riverside, California 92501; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☒ By email delivery, as follows: **SEE ATTACHED**

☐ By messenger, as follows:

☐ By Federal Express, as follows:

This Certificate is executed on **June 3, 2020**, in Riverside, California. I certify under penalty of perjury that the foregoing is true and correct.

/s/ *Stephanie Ascencio*
Stephanie Ascencio
Legal Assistant

**ATTACHMENT**

USPO Officer Elizabeth Morony
Elizabeth_Morony@cacp.uscourts.gov