**EXHIBIT 1**
**[REDACTED]**





002





FEDERAL BOARD OF INTERMEDIATE AND SECONDARY EDUCATION, ISLAMABAD

HIGHER SECONDARY SCHOOL CERTIFICATE EXAMINATION, PART - II

ROLL NO            540640

GROUP             PRE-MEDICAL

REGISTRATION No    0372120353

CERTIFICATE No     703014

## RESULT CARD

## ANNUAL EXAMINATION  2005

TASHFEEN MALIK                    Son/Daughter of    GULZAR AHMED MALIK

of ( Institution )    PAKISTAN INTERNATIONAL SCHOOL,P.O.BOX 3797, RIYADH 11481 ,

SAUDI ARABIA,                                      has secured the marks shown against each subject

in the Higher Secondary School Certificate Examination Part-II held in the month of  APRIL/MAY

Mark of Identification

| S.NO | Subject (s) | MARKS OBTAINED | | | | | | Pass / Fail | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | HSSC-I | | | HSSC-II | | | | |
| | | Th | Pr | Total | Th | Pr | Total | | |
| 01 | ENGLISH | 056 | | 056 | 066 | | 066 | PASS | |
| 02 | URDU | 078 | | 078 | 070 | | 070 | PASS | |
| 03 | PAKISTAN STUDIES | | | | 046 | | 046 | PASS | |
| 04 | ISLAMIC EDUCATION | 046 | | 046 | | | | PASS | |
| 05 | PHYSICS | 053 | 025 | 078 | 059 | 025 | 084 | PASS | |
| 06 | CHEMISTRY | 063 | 025 | 088 | 064 | 025 | 089 | PASS | |
| 07 | BIOLOGY | 063 | 020 | 083 | 069 | 025 | 094 | PASS | |

Total Marks (In figures)        878 / 1100

(In words)    EIGHT HUNDRED AND SEVENTY EIGHT OUT OF ELEVEN HUNDRED

General Remarks    THE CANDIDATE HAS PASSED AND PLACED IN GRADE A

HE/SHE HAS PASSED THE EXAMINATION IN SINGLE ATTEMPT

Islamabad Dated:          July 23, 2005
Note: Error/Omission excepted                              CONTROLLER OF EXAMINATIONS



FEDERAL BOARD OF INTERMEDIATE AND SECONDARY EDUCATION, ISLAMABAD
HIGHER SECONDARY SCHOOL CERTIFICATE EXAMINATION, PART-II

ROLL NO          540640

GROUP            PRE-MEDICAL

REGISTRATION NO  0372120353

CERTIFICATE NO   703014

### RESULT CARD
### ANNUAL EXAMINATION 2005

TASHFEEN MALIK                    Son/Daughter of    GULZAR AHMED MALIK

of ( Institution )   PAKISTAN INTERNATIONAL SCHOOL    PO BOX 3797, RIYADH 11481,

SAUDI ARABIA                      has secured the marks shown against each subject

in the Higher Secondary School Certificate Examination Field   the month of   APRIL/MAY

Mark of Identification

| S.NO | Subject (s) | MARK OBTAINED | | | | | | Pass Fail | Remarks |
|------|-------------|------|------|------|------|------|------|------|------|
| | | HSSC-I | | | HSSC-II | | | | |
| | | Th | Pr | To | Th | Pr | Total | | |
| 01 | ENGLISH | 056 | | 056 | 066 | | 066 | PASS | |
| 02 | URDU | 078 | | 078 | 070 | | 070 | PASS | |
| 03 | PAKISTAN STUDIES | | | | 046 | | 046 | PASS | |
| 04 | ISLAMIC EDUCATION | 046 | | 046 | | | | PASS | |
| 05 | PHYSICS | 053 | 025 | 078 | 059 | 025 | 084 | PASS | |
| 06 | CHEMISTRY | 063 | 025 | 088 | 064 | 025 | 089 | PASS | |
| 07 | BIOLOGY | 063 | 020 | 083 | 069 | 025 | 094 | PASS | |

Total Marks (In figures)    878 / 1100

(In words)   EIGHT HUNDRED AND SEVENTY EIGHT OUT OF ELEVEN HUNDRED

General Remarks    THE CANDDATIE HAS PASSED AND PLACED IN GRADE A

HE/SHE HAS PASSED THE EXAMINATION IN SINGLE ATTEMPT

Islamabad Dated:   July 23, 2005

Note: Error/Omission excepted                          CONTROLLER OF EXAMINATION



FEDERAL BOARD O[ ]INTERMEDIATE AND SECONDARY EDUCATION, ISLAMABAD
SECONDA[RY ]SCHOOL CERTIFICATE ( PART - I ) EXAMINATION

Roll No. [0]41310
Group SCIENCE
Registration No. 0372120353
Certificate No. 1125/ 24

**RESULT CARD**
**Annual Examination 2002**

Candidate's Name    TASHFEEN MALIK
Father's Name    GULZAR AHMED MALIK
Institution's Name    PAKISTAN INTERNATIONAL SCHOOL, P.O BOX. 3797, RIYADH, S.A.

has secured the marks shown against each subject in the Secondary School Certificate ( Part - I ) Examination held in the month of    APRIL

Mark of Identification    Not mentioned in the admission form

| S.No. | Subject (s) | Maximum Marks | | Marks Obtained | | | Status | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | Theory | Prac. | Theory | Prac. | Total | | |
| 1 | ENGLISH - COMPULSORY | 075 | | 067 | | 067 | PASS | |
| 2 | URDU - COMPULSORY | 075 | | 050 | | 050 | PASS | |
| 3 | PAKISTAN STUDIES | 075 | | 047 | | 047 | PASS | |
| 4 | MATHEMATICS | 100 | | 093 | | 093 | PASS | |
| 5 | CHEMISTRY | 075 | 025 | 071 | 025 | 096 | PASS | |

Total Marks Obtained (in figures)    353
(in words)    THREE HUNDRED AND FIFTY  THREE

Date of Birth (in figures)    13-07-86
(in words)    13TH JULY,  NINETEEN HUNDRED AND EIGHTY SIX

General Remarks    The candidate has obtained  353 marks out of 425

Islamabad Dated:-   July    2002
[ ]e :- Errors/Omission Exce[pt]ed

CONTROLLER OF EXAMINATIONS
( SSC )

006



FEDERAL BOARD OF INTERMEDIATE AND SECONDARY EDUCATION   ISLAMABAD
SECONDARY SCHOOL CERTIFICATE EXAMINATION.

Roll No          740037

Group           SCIENCE

Registration No  0372120353

Certificate No   0-786

RESULT CARD

ANNUAL EXAMINATION  2003

TASHFEEN MALIK                    Son/Daughter of  GULZAR  AHMED MALIK

of (Institution) PAKISTAN INTERNATIONAL SCHOOL P.O BOX 379  RIYADH, S.A.

has secured the marks shown against each subject in the Secondary School Certificate Examination held in the month of  MARCH / APRIL

Mark of Identification

| S.No | Subject(s) | Maximum Marks | | | Marks Obtained | | | P/F | Remarks |
|------|-----------|---------------|---|---|----------------|---|---|-----|---------|
| 01 | ENGLISH (COMPULSORY) | 075 | 075 | 150 | 067 | 065 | 132 | PASS | |
| 02 | URDU (COMPULSORY) | 075 | 075 | 150 | 050 | 060 | 110 | PASS | |
| 03 | ISLAMIYAT | 075 | | 075 | 063 | | 063 | PASS | |
| 04 | PAKISTAN STUDIES | 075 | | 075 | 047 | | 047 | PASS | |
| 05 | PHYSICS | 075 | 025 | 100 | 073 | 025 | 098 | PASS | |
| 06 | BIOLOGY | 075 | 025 | 100 | 073 | 025 | 098 | PASS | |
| 07 | MATHEMATICS | 100 | | 100 | 093 | | 093 | PASS | |
| 08 | CHEMISTRY | 075 | 025 | 100 | 071 | 025 | 096 | PASS | |

Total Marks ( In figures)        737

( In words)    SEVEN HUNDRED AND THIRTY SEVEN ONLY.

General Remarks    THE CANDIDATE HAS PASSED AND PLACED IN GRADE A1.

Date of Birth (In figures)    13-07-86

( In words)    13TH JUL: ONE THOUSAND NINE HUNDRED EIGHTY SIX

Islamabad Date         25TH JUN: 2003                      CONTROLLER OF EXA
Note: Error/Omission excepted



**FEDERAL BOARD OF INTERMEDIATE AND SECONDARY EDUCATION, ISLAMABAD.**
**SECONDARY SCHOOL CERTIFICATE EXAMINATION.**

Roll No.         740037

Group           SCIENCE

Registration No   0372120353

Certificate No.   078639

## RESULT CARD

ANNUAL  EXAMINATION  2003

TASHFEEN MALIK                         Son/Daughter of  GULZAR AHMED MALIK

of (Institution) PAKISTAN INTERNATIONAL SCHOOL, P.O BOX. 3797, RIYADH, S.A.

has secured the marks shown against each subject

in the Secondary School Certificate Examination held in the month of    MARCH / APRIL

Mark of Identification

| S.No | Subject(s) | Maximum Marks | | | Marks Obtained | | | P/F | Remarks |
|------|-----------|------|------|------|------|------|------|------|---------|
| 01 | ENGLISH (COMPULSORY) | 075 | 075 | 150 | 067 | 065 | 132 | PASS | |
| 02 | URDU (COMPULSORY) | 075 | 075 | 150 | 050 | 060 | 110 | PASS | |
| 03 | ISLAMIYAT | 075 | | 075 | 063 | | 063 | PASS | |
| 04 | PAKISTAN STUDIES | 075 | | 075 | 047 | | 047 | PASS | |
| 05 | PHYSICS | 075 | 025 | 100 | 073 | 025 | 098 | ASS | |
| 06 | BIOLOGY | 075 | 025 | 100 | 073 | 025 | 098 | ASS | |
| 07 | MATHEMATICS | 100 | | 100 | 093 | | 093 | ASS | |
| 08 | CHEMISTRY | 075 | 5 | 100 | 071 | 025 | 096 | ASS | |

Total Marks ( In figures)      737

( In words)      SEVEN HUNDRED AND THIRTY SEVEN ONLY.

General Remarks      THE CANDIDATE HAS PASSED AND PLACED IN GRADE A 1.

Date of Birth (In figures)      13-07-86

( In words)      13TH JULY ONE THOUSAND NINE HUNDRED EIGHTY SIX

Islamabad Dated      25TH JUN. 2003                    CONTROLLER OF EXAMINATIONS
Note: Error/Omission excepted



(Under Section 23 Pakistan Citizenship Rules)

**APPENDIX XIV**

**SETTLED AREA**
DISTT.D.G.KHAN

**F O R M 'P'**

The Pakistan Citizenship Act 1951, (11 of 1951) and Rules made there under (Vide Rule 23)

# CERTIFICATE OF DOMICILE

We AS TASHFEEN MALIK. S/o GULZAR AHMED MALIK.
has applied for a certificate of domicile under the Pakistan Citizenship Act 1951, (II of 1951)
alleging with respect of himself / herself the particulars set out below has satisfied the
undersigned that the conditions laid down in section 17 of the said act for the grant for a
certificate of domicile are fulfilled in the said Case TASHFEEN MALIK.

NOW THEREFORE, in pursuance of the powers confirmed by the said Act, and Rules
made there under, the undersigned hereby Grant to TASHFEEN MALIK.
this certificate of domicile.

N WITNESS WHERE OF I have here to subscribed my name this 1st day
of August 2005

BY ORDER OF THE
Signature District Coordination Officer
Dera Ghazi Khan.

Name

Designation

District Coordination Officer
Dera Ghazi Khan.

## (PARTICULARS RELATING TO THE APPLICANT)

Name TASHFEEN MALIK.

Father's Name GULZAR AHMAD MALIK S/O: GHULAM NABBI MALIK.

Address in Pakistan R.O:VEHOA,P.O:&U.C:VEHOA,TEH:TAUNSA.(D.G.KHAN.)

Address in the Country out side of Pakistan NIL

Place of Domicile { Place VEHOA Tehsil TAUNSA Distt: D.G.KHAN.
Prov/Admn PUNJAB

Dated of arrival in place of domicile SINCE BIRTH.

Married/Single/Widow/Widower SINGLE.

Name of wife or husband NIL

Name of Children and their ages

Trade of occupation STUDENT.

Marks of Identification A wound mark on the right arm.

No. 2469/DCO/DDK

Date 1-8-2005

Signature

Name

Designation

Date

SETTLED AREA
DISTT.D.G.KHAN

District Coordina
Dera Ghazi

009





(Under Section 23 Pakistan Citizenship Rules)

**APPENDIX XIV**

**FORM 'P'1**    SETTLED AREA
DISTT.D.G.KHAN

The Pakistan Citizenship Act 1951, (11 of 1951) and Rules made there under (Vide Rule 23)

# CERTIFICATE OF DOMICILE

WHEREAS ____ TASHFEEN MALIK. ____ S/o ____ GULZAR AHMAD MALIK. has applied for a certificate of domicile under the Pakistan Citizenship Act 1951, (II of 1951) alleging with respect of himself / herself the particulars set out below has satisfied the undersigned that the conditions laid down in section 17 of the said act for the grant for a certificate of domicile are fulfilled in the said Case ____ TASHFEEN MALIK.

NOW THEREFORE, in pursuance of the powers confirmed by the said Act, an Rules made there under, the undersigned hereby Grant to ____ TASHFEEN MALIK. his certificate of domicile.

N WITNESS WHERE OF I have here to subscribe my name this ____ day of ____ August ____ 2005

SETTLED AREA
DISTT.D.G.KHAN

BY ORDER OF THE
Signature District Coordination Office
Name ____ Dera Ghazi Khan
Designation ____ manager
District Coordination Officer

(PARTICULARS RELATING TO THE APPLICANT's) (Dera Khan,

Name ____ TASHFEEN MALIK.

Father's Name ____ GULZAR AHMAD MALIK ____ S/o ____ GHULAM NABBI MALIK.

Address in Pakistan ____ H.O:VEHOA,P.O:&U.C:VEHOA,TEH:TAUNSA,(D.G HAN.)

Address in the Country out side of Pakistan ____ NIL

Place of Domicile { Place ____ VEHOA ____ Tensil ____ TAUNSA ____ Distt ____ Dera Kha
Prov/Admn ____ PUNJAB

Dated of arrival in place of domicile ____ SINCE ____ BIRTH.

Married/Single/Widow/Widower ____ SINGLE.

Name of wife or husband ____ NIL

Name of Children and their ages ____ //

____ of occupation ____ STUDENT.

Marks of Identification ____ A wound mark on the Right arm.

No. ____ Signature ____ REGISTRAR
Date ____ Name ____ Name Hospital, Abbottabad.
Designation ____
SETTLED AREA ____ Date ____ ewan
Hot Coordina
Dera Ghaz

011





**BAHAUDDIN ZAKARIYA UNIVERSITY, MULTAN**
(ERRORS AND OMISSIONS EXCEPTED)
RESULT CARD FOR PHARM-D 5TH (FINAL) PROFESSION
1ST / 2ND ANNUAL EXAMINATION 2002
held January 2013

**PASS**

Bo. No. 9                              Sr. No. 0900

Roll No. 71                            Result declared on 31-05-2013

Registration No. 2007-BZU-19          Date of issue ___

Name of Candidate    Tasneem Malik

Father's Name    Gulzar Ahmed

Candidate mentioned above is hereby informed that He/She has PASSED Pharm-D (Final)
Professional 1st / 2nd Annual Examination 2002 obtaining 663 / 900 Marks.

Marks obtained by him / her in the following paper/s are given below:-

| SUBJECTS | MARKS OBTAINED |
|---|---|
| Pharmaceutical Chemistry-III (Medicinal Chemistry) (Theory & Practical) | 153 / 200 |
| Pharmaceutics-IX (Clinical Pharmacy-II) (Theory & Practical) | 155 / 200 |
| Pharmaceutical Technology Theory & Practical) | 48 / 200 |
| Forensic Pharmacy | 74 / 100 |
| Pharmaceutical Management & Marketing | 61 / 100 |
| Computer and its Applications in Pharmacy Theory & Practical) | 72 / 100 |
| Total ( Six hundred & Sixty three ) | 663 / 900 |
| Total marks obtained in 4th Prof.: | 654 / 900 |
| Total marks obtained in 3rd Prof.: | 674 / 800 |
| Total marks obtained in 2nd Prof.: | 618 / 900 |
| Total marks obtained in 1st Prof.: | 638 / 950 |
| Grand Total: | 3227 / 4550 |

Assistant Controller of Examinations
for Controller

Prepared by ___

Checked by ___

BZU MUL/391

013

























