CHARLES D. SWIFT, TX SB# 24091964
*Pro Hac Vice counsel for Rafia Shareef*
E-Mail: cswift@clcma.org
Constitutional Law Center for Muslims in America (CLCMA)
833 E. Arapaho Rd., Ste. 102
Richardson, Texas 75081
Telephone: 972.914.2507; Facsimile: 972.692.7454

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>RAFIA SULTANA SHAREEF,<br><br> aka "Rafia Farook,"<br><br>                    Defendant. | Case No. 5:20-cr-00058-JGB<br><br><br>Sentencing Date: December 4, 2020<br><br>Hearing Time: 10:00 a.m. |

### MOTION TO CONTINUE SENTENCING

Comes now the defendant, Rafia Shareef, through counsel, and respectfully requests that the Sentencing date on the above case, currently scheduled for this Friday, December 4, 2020, at 10:00 a.m., be rescheduled to December 14, 2020 at 10:00 a.m.

On November 17, counsel informed the AUSA on this case, Julius Nam that I had been exposed to COVID-19, and was under a 14-day quarantine.  Provided I had no symptoms, I would be clear to travel from Dallas, Texas, on December 3 for the hearing on December 4.  Unfortunately, this past Saturday evening, November 28, I began experiencing classic coronavirus symptoms (complete loss of

1

smell/taste, body ache, mild fever, fatigue).  Under CDC guidelines, I am required to continue my quarantine in my home for at least ten additional days from the onset of symptoms (assuming symptoms abate in the next ten days).  Accordingly, I am unable to travel by commercial air, and I am likewise not admissible into the Riverside Federal Courthouse on December 4.

Defense requests that this sentencing be rescheduled to **Monday, December 14, 2020, at 10:00 a.m.**  Counsel has been advised that this date and time are open for rescheduling by this Court.

I have spoken with AUSA Julius Nam, who indicated the government understands the situation, does not oppose this request for a continuance, and indicated they are also available for a December 14, 10:00 a.m. rescheduled sentencing date.

Respectfully Submitted this 30th day of November, 2020.

*s/ Charles D. Swift*
Charles D. Swift
*Pro Hac* Attorney for Rafia Shareef
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507
Fax: (972) 692-7454

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th of November, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Charles D. Swift*
Charles D. Swift
*Pro Hac* Attorney for Rafia Shareef