CHARLES D. SWIFT, TX SB# 24091964
*Pro Hac Vice counsel for Rafia Shareef*
E-Mail: cswift@clcma.org
Constitutional Law Center for Muslims in America (CLCMA)
833 E. Arapaho Rd., Ste. 102
Richardson, Texas 75081
Telephone: 972.914.2507; Facsimile: 972.692.7454

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No. 5:20-cr-00058-JGB |
| Plaintiff, | |
| v. | Sentencing Date: December 14, 2020 |
| RAFIA SULTANA SHAREEF, | Hearing Time: 10:00 a.m. |
| aka "Rafia Farook," | |
| Defendant. | |

## MOTION TO CONTINUE SENTENCING

Comes now the defendant, Rafia Shareef, through counsel, and respectfully requests that the Sentencing date on the above case, currently scheduled for Monday, December 14, 2020, at 10:00 a.m., be rescheduled **to January 28, 2021 at 10:00 a.m.**

Good cause exists for this extension. Ms. Shareef's scheduled sentencing hearing on December 14, 2020 is precluded by the Chief Judge December 7, 2020, order canceling in-person hearings (except for hearings on criminal duty matters) until after January 8, 2021. The earliest available date for all

parties is Thursday, January 28, 2021, at 10:00 a.m.  Counsel has been advised that this date and time are open for rescheduling by this Court.

I have spoken with AUSA Julius Nam who indicated the government does not oppose this motion, and indicated they are also available on January 28, 2021 at 10:00 a.m.

Respectfully Submitted this 10th day of December, 2020.

*s/ Charles D. Swift*
Charles D. Swift
*Pro Hac* Attorney for Rafia Shareef
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507
Fax: (972) 692-7454

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Charles D. Swift*
Charles D. Swift
*Pro Hac* Attorney for Rafia Shareef