CHARLES D. SWIFT, TX SB# 24091964
*Pro Hac Vice counsel for Rafia Shareef*
E-Mail: cswift@clcma.org
Constitutional Law Center for Muslims in America (CLCMA)
833 E. Arapaho Rd., Ste. 102
Richardson, Texas 75081
Telephone: 972.914.2507; Facsimile: 972.692.7454

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RAFIA SULTANA SHAREEF,<br><br> aka "Rafia Farook,"<br><br>　　　　　　　　Defendant. | Case No. 5:20-cr-00058-JGB<br><br><br>Sentencing Date: January 28, 2021<br><br>Hearing Time: 10:00 a.m. |

## MOTION TO CONTINUE SENTENCING

Comes now the defendant, Rafia Shareef, through counsel, and respectfully requests that the Sentencing date on the above case, currently scheduled for Thursday, January 28, 2021, at 10:00 a.m., be rescheduled **to Thursday, February 11, 2021.**

Good cause exists for this extension. Ms. Shareef's scheduled sentencing hearing on January 28, 2021 is precluded by the Chief Judge December 7, 2020, order canceling in-person hearings (except for hearings on criminal duty matters), now extended until after January 29, 2021. Defense suggests

1

Thursday, February 11, 2021, as a date for rescheduling the Sentencing. Counsel has been advised that this date and time are open for rescheduling by this Court.

I have spoken with AUSA Julius Nam who indicated the government does not oppose this motion, and indicated the government is also available on February 11, 2021.

Respectfully Submitted this 15th day of January, 2021.

*s/ Charles D. Swift*
Charles D. Swift
*Pro Hac* Attorney for Rafia Shareef
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd, Suite 102
Richardson, TX  75081
Phone: (972) 914-2507
Fax: (972) 692-7454

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Charles D. Swift*
Charles D. Swift
*Pro Hac* Attorney for Rafia Shareef
