CHARLES D. SWIFT, TX SB# 24091964
*Pro Hac Vice counsel for Rafia Shareef*
E-Mail: cswift@clcma.org
Constitutional Law Center for Muslims in America (CLCMA)
833 E. Arapaho Rd., Ste. 102
Richardson, Texas 75081
Telephone: 972.914.2507; Facsimile: 972.692.7454

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No. 5:20-cr-00058-JGB |
| Plaintiff, | |
| v. | ORDER (PROPOSED) |
| RAFIA SULTANA SHAREEF, | |
| aka "Rafia Farook," | |
| Defendant. | |

For the reasons contained in the defense Motion to Continue Sentencing, it is hereby ORDERED that the sentencing hearing for RAFIA SULTANA SHAREEF is continued to Thursday, February 11, 2021, at _____ a.m./p.m.

IT IS SO ORDERED

_____                              _____
DATE                                                                          HON. JESUS S. BERNAL
                                                                                      UNITED STATES DISTRICT JUDGE

Presented By:

*s/ Charles D. Swift*
Charles D. Swift
*Pro Hac* Attorney for Rafia Shareef